Case: 3:06-cr-00719-JGC Doc #: 687 Filed: 03/20/08 1 of 2. PageID #: 4830

AO 89 (Rev. 3/90) Subpoena in a Criminal Case  Case: 3:06-cr-00719-JGC Document 679-3 (Court only) Filed 03/19/2008 Page 3 of 4

# United States District Court
## NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA,
                Plaintiff,

V.

MOHAMMAD ZAKI AMAWI
                Defendant.

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 3:06CR719

TO: SPECIAL AGENT STEVEN C. GUBANICH
F.B.I
420 MADISON #800
TOLEDO, OHIO 43604

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| 1716 SPIELBUSCH AVENUE<br>TOLEDO, OHIO 43624-1385 | CHIEF JUDGE JAMES CARR |
| | DATE AND TIME<br>MARCH 25, 2008 AT 8:30 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all records, files, reports, including but not limited to handwritten or typed notes or reports, and any other document in your possession including but not limited to all records, files, reports, tape recordings, or any other documents relative to the arrest and interview of Mohammad Zaki Amawi.

PLEASE CONTACT INVESTIGATOR NICK BERTINO AT 216-701-8109 UPON RECEIPT OF THIS SUBPOENA.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| GERI M. SMITH<br>(BY) DEPUTY CLERK | 3/20/08 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Edward G. Bryan, Assistant Federal Public Defender
1660 W. 2ND STREET, SKYLIGHT OFFICE TOWER, STE 750, CLEVELAND OH 44113 (216) 522-4856

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 3/20/08 | 1716 Spielbush Ave Toledo, OH 43604 |
| SERVED | 3/20/08 | 420 Madison #800 Toledo, OH 43604 |

SERVED ON (PRINT NAME): Betsy Gonzales (Secretary)

FEES AND MILEAGE TENDERED TO WITNESS: ☐ YES  ☑ NO   AMOUNT $ _____

SERVED BY (PRINT NAME): Nicholas R. Bertino

TITLE: Investigator

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  3/20/08
             Date

Signature of Server

Federal Public Defender, 1660 W. 2nd St., Skylight Office Tower, Ste750, Cleveland, OH 44113  (216) 522-4856
*Address of* Server

ADDITIONAL INFORMATION